447 A.2d 643

Commonwealth v. Schwartz, Appellant.

604 

 Submitted March 10, 1981.

Lee Mandell, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, ROWLEY and MONTGOMERY, JJ.

Order affirmed.